U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 2 2013

TONY R. MOORE, CLERK
BY _____
              DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 13-cr-00020 |
| VERSUS | * | JUDGE FOOTE |
| DENEASE CURRY | * | MAG. JUDGE HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, and noting the absence of any objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, DENEASE CURRY, and adjudges her guilty of the offense charged in Count One of the Bill of Information against her.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 22 day of February, 2013.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE